UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JULIA COMEAUX, ET AL.                                    CIVIL ACTION

VERSUS                                                   NO. 06-10495

ALLSTATE INSURANCE COMPANY, ET AL.                      SECTION "A"(2)

ORDER & REASONS

Before the Court is a **Motion to Dismiss and Alternative Motion for Summary Judgment (Rec. Doc. 10)** filed by Defendant Chappetta Insurance Agency ("Chappetta") and set for hearing on March 21, 2007, on the briefs.  Plaintiffs have not submitted an opposition.  For the reasons that follow, the Motion is **DENIED**.

**I. Background**

Plaintiffs initiated this lawsuit in state court.  Plaintiffs seek recovery under a Deluxe Homeowner Policy issued by Defendant Allstate Insurance Company ("Allstate").  Plaintiffs claim that their residential property in New Orleans, Louisiana sustained damages during Hurricane Katrina.  Plaintiffs have filed suit against Defendant Allstate for breach of contract.  Plaintiffs filed suit against Defendant Chappetta for a breach of fiduciary duty in failing to advise them on recommended coverages.

## II. Discussion

The motion is denied.  First, this case remains in federal court based solely on Allstate's *allegation* that Plaintiffs fraudulently joined Chappetta.  But for the allegation of fraudulent joinder, Chappetta's presence in this lawsuit would destroy subject matter jurisdiction and require the Court to remand the case.  Under principles of fraudulent or improper joinder, the Court *ignores* Chappetta's presence in the lawsuit in order to retain the case in federal court.  Chappetta makes no attempt to explain in its motion how this Court has jurisdiction to entertain a merits-based motion filed by this non-diverse defendant.  See Jewell v. Dudley L. Moore Ins., Inc., 872 F. Supp. 1517 (M.D. La. 1995).

Accordingly;

**IT IS ORDERED** that Defendant's Defendant Chappetta's **Motion to Dismiss and Alternative Motion for Summary Judgment (Rec. Doc. 10)** is hereby **DENIED**.

New Orleans, Louisiana, Thursday, April 5, 2007.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE